**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

_____
:
JOSEPH NATHAN SINGLETARY, III,  :
: Civil Action No.
          Plaintiff,     : 11-0392 (RMB)
:
          v. : **ORDER**
:
BURLINGTON COUNTY JAIL et al., :
:
          Defendants.   :
_____:

For the reasons expressed in the Memorandum Opinion filed herewith,

IT IS on this **2nd** day of **March 2012**,

**ORDERED** that the Clerk shall reopen this matter for the purposes of this Court's examination of Plaintiff's amended complaint, Docket Entry No. 6, and Plaintiff's renewed motion for appointment of pro bono counsel, Docket Entry No. 7, by making a new and separate entry on the docket reading, "CIVIL CASE REOPENED"; and it is further

**ORDERED** that Plaintiff's amended complaint, Docket Entry No. 6, is dismissed; and it is further

**ORDERED** that all Plaintiff's challenges except for his allegation that Nurse Maurice found that no medical care for Plaintiff's alleged injury was needed because the "swelling would go away" are dismissed with prejudice, for failure to state a claim

upon which relief can be granted; and it is further

**ORDERED** that Plaintiff's allegations that Nurse Maurice found that no medical care for Plaintiff's alleged injury was needed because the "swelling would go away" are dismissed without prejudice; and it is further

**ORDERED** that, within sixty days from the date of entry of this Order, Plaintiff shall file his second amended complaint elaborating, in detail, on the events of – as well as the exact date (if known), the circumstances and other statements uttered in the process of – Plaintiff's medical visit with Nurse Maurice during which Nurse Maurice allegedly stated that Plaintiff needed no medical treatment and the "swelling would go away"; and it is further

**ORDERED** that Plaintiff's renewed motion for appointment of <u>pro bono</u> counsel, Docket Entry No. 7, is dismissed without prejudice, as premature; and it is further

**ORDERED** that the Clerk shall administratively terminate this matter by making a new and separate entry on the docket reading, "CIVIL CASE TERMINATED"; and it is further

**ORDERED** that administrative termination is not a final dismissal on merits and, in the event Plaintiff timely submits his second amended complaint, the Court will direct the Clerk to reopen this matter and will screen Plaintiff's second amended complaint on merits; and it is further

**ORDERED** that administrative termination shall have no effect on the timeliness of Plaintiff's challenges, provided that Plaintiff handed his original complaint to his prison officials for mailing to this Court within the applicable period of limitations; and it is further

**ORDERED** that no statement made in this Order and/or Memorandum Opinion filed herewith shall be construed as indicative of this Court withdrawing its jurisdiction over this matter; and it is finally

**ORDERED** that the Clerk shall serve this Order and Memorandum Opinion filed herewith upon Plaintiff by certified mail, return receipt requested, and shall enclose in said mailing a blank civil complaint form.

s/Renée Marie Bumb
**RENÉE MARIE BUMB,**
**United States District Judge**